KANE, Appellant, v. KANE, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Catharine A. Kane against Bernard F. Kane. No opinion. Order affirmed, with $10 costs and disbursements.

KATZ v. KATZ. (Supremé Court, Appellate Division, First Department. March 27, 1914.) Action by Lizzie Katz against Louis Katz. No opinion. Motion denied, with $10 costs. Order filed.

KAUFMAN, Appellant, v. HOPPER, Respondent. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Lena Kaufman, as administratrix, etc., of Frederick Kaufman, deceased, against Abraham C. Hopper. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 151 App. Div. 28, 135 N. Y. Supp. 363.

KAYSER, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division. First Department. March 27, 1914.) Action by Bertha Kayser against Wm. H. Miller. J. Panken, of New York City, for appellant. F. H. Mills, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEEGAN, Appellant, v. MARCONI WIRE-LESS TELEGRAPH CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by William E. Keegan against the Marconi Wireless Telegraph Company and others. A. B. Hyman, of New York City, for appellant. P. S. Hill, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEENAN, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Mary Keenan against Adrian H. Joline and another. G. W. Glaze, of New York City, for appellant. B. H. Ames, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

KEVE v. COLUMBIA KID HAIR CURLERS CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Max Keve against the Columbia Kid Hair Curlers Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1072, 1128.

KIMBARK, Respondent, v. NICHOLS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Elmer M. Kimbark against James C. Nichols, impleaded. D. L. Fultz, of New York City, for appellant. E. L. Kalish, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KIMBARK v. WALDEMAR CO. et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Elmer M. Kimbark against the Waldemar Company and others. E. L. Kalish, of New York City, for appellant. F. P. Ufford, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 145 N. Y. Supp. 1128; 146 N. Y. Supp. 1096.

KIMBARK v. WALDEMAR CO. et al. (two cases). (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Elmer M. Kimbark against the Waldemar Company and others. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 146 N. Y. Supp. 1096.

KLAR et al. v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Samuel Klar and another against Tobias Schwartz. No opinion. Motion denied, with $10 costs. Settle order on notice.

KOPANCES, Appellant, v. OCEAN S. S. CO. OF SAVANNAH, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Fedar Kopances against the Ocean Steamship Company of Savannah. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that the court, pursuant to section 783 of the Code of Civil Procedure, authorized the first motion, which was in time, to be withdrawn, and the present motion to be made.

KURNICK, Respondent, v. GREENBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Nathan Kurnick against Lena Greenbaum. No opinion. Motion to dismiss the appeal of Lena Greenbaum granted, with costs. See, also, 144 N. Y. Supp. 1124.

LAFAVE, Respondent, v. BARNARD et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Delore Lafave against Henry A. Barnard and another. No opinion. Judgment affirmed, with costs.

LAKE ERIE SEED CO., Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. SAME v. WESTERN NEW YORK & P. R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Actions by the Lake Erie Seed Company against the New York, Chicago & St. Louis Railroad Company and against the Western New York & Pennsylvania Railroad Company and another.